# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

   **Plaintiff/Respondent,**

v.           **No. CV 07-0090 JP/LCS**
             **CR 06-1852 JP**

**HECTOR ESPINOZA-LEYVA,**

   **Defendant/Movant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

  **THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition, filed June 20, 2007.  (Doc. 8.)  Neither Movant nor Respondent has filed objections.

  **WHEREFORE,**

  **IT IS HEREBY ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition filed June 20, 2007 (Doc. 8) are adopted by the Court.

  A Judgment consistent with this Order shall be issued forthwith.

  **IT IS SO ORDERED.**

_____
**SENIOR UNITED STATES DISTRICT JUDGE**